UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MENDOZA, | No. 2:98-cv-1857 MCE GGH P |
| Petitioner, | |
| v. | ORDER |
| CAL TERHUNE, et al., | |
| Respondents. | |

This habeas matter, in which petitioner proceeded with appointed counsel, was stayed pending exhaustion on May 8, 2000. (ECF No. 29.) It has now been stayed for more than fourteen years. Petitioner has filed a request for status of his case. He states that he has made several attempts to contact his court appointed counsel, to no avail.

Accordingly, IT IS ORDERED that:

1. Petitioner's counsel must show cause within seven (7) days why the stay in this matter should not be lifted, and the petition dismissed.

2. The Clerk of the Court is directed to serve petitioner's counsel both at her email address of record and at a secondary address: Weinheimer@ospd.ca.gov.

/////

/////

/////

1

3. The Clerk of the Court shall also serve petitioner at his most recent address, at Mule Creek State Prison.

Dated: October 9, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Mend1857.osc

2