UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MENDOZA, | No. 2:98-cv-1857 MCE GGH P |
| Petitioner, | |
| v. | ORDER |
| CAL TERHUNE, et al., | |
| Respondents. | |

This habeas matter, in which petitioner proceeded with appointed counsel, was stayed pending exhaustion on May 8, 2000. (ECF No. 29.) It has now been stayed for more than fourteen years. On October 9, 2014, the undersigned ordered petitioner's counsel, Gail Weinheimer, to show cause why the stay in this matter should not be lifted, and the petition dismissed. Petitioner's counsel has filed a response, as has the Federal Defender. (ECF Nos. 34, 35.) Petitioner has filed a separate request that the petition not be dismissed. (ECF No. 33.)

In light of the information provided, the Attorney General is directed to file a response to petitioner's filings. The Federal Defender is ordered to either accept appointment of counsel or designate for appointment new counsel to represent petitioner.

Accordingly, IT IS ORDERED that:

1. The order to show cause, filed October 9, 2014, is discharged;

2. Petitioner's motion to appoint new counsel is granted, (ECF No. 34), and the Federal Defender is ordered to either accept appointment as counsel for petitioner or designate for

1

appointment new counsel to represent petitioner;

    3. Respondent is directed to file a response to Petitioner's filing in response to the order to show cause within fourteen days of this order;

    4. The Clerk of the Court shall serve this order on Carolyn Wiggin, Assistant Federal Defender; and

    5. The Clerk of the Court shall also serve petitioner at his most recent address, at Mule Creek State Prison.

Dated: October 21, 2014

                       /s/ Gregory G. Hollows

                       UNITED STATES MAGISTRATE JUDGE

GGH:076/Mend1857.apt