UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MENDOZA,<br><br>          Petitioner,<br><br>     v.<br><br>JOE LIZARRAGA,[1]<br><br>          Respondent. | No. 2:98-cv-1857 MCE GGH P<br><br><br><br>ORDER |

This habeas matter, in which petitioner proceeded with appointed counsel, was stayed pending exhaustion on May 8, 2000. (ECF No. 29.) On October 22, 2014, the Federal Defender was appointed to represent petitioner. (ECF No. 36.) At that time, respondent was directed to file a response to the filing of petitioner's former counsel, responding to the order to show cause. On November 4, 2014, respondent filed a motion to lift stay and dismiss the case.

Accordingly, IT IS ORDERED that:

1. Respondent's motion to lift the stay is granted, and this case is reopened; and

2. Petitioner shall file a response to respondent' motion to dismiss within fourteen days of this order.

Dated: November 21, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Mend1857.sta

---

[1] Joe Lizarraga, current warden of the Mule Creek State Prison, is substituted as respondent. See Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994).

1