HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, # 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MENDOZA, | Case No. 2:98-cv-1857 MCE GGH P |
| Petitioner, | UNOPPOSED REQUEST AND ORDER TO MODIFY BRIEFING SCHEDULE |
| v. | |
| JOE LIZARRAGA, | Judge: Hon. Gregory G. Hollows |
| Respondent. | |

    Petitioner Pedro Mendoza, through his counsel, Assistant Federal Defender Carolyn Wiggin, requests that the briefing schedule in this case be modified to allow Mr. Mendoza to file his opposition to respondent's motion to dismiss on or before or before January 5, 2015.

    Counsel for Mr. Mendoza, who was recently appointed to this case, requires additional time to meet with Mr. Mendoza, research, prepare, and file the opposition. Counsel for respondent, Deputy Attorney General David Eldridge, has graciously indicated that respondent does not oppose this request.

//

//

//

//

DATED: November 26, 2014          HEATHER E. WILLIAMS
                                  Federal Defender

                                  /s/ Carolyn Wiggin_____
                                  CAROLYN M. WIGGIN
                                  Assistant Federal Defender

                                  Counsel for Petitioner
                                  PEDRO MENDOZA

## **O R D E R**

The Court, having received, read, and considered the unopposed request of Mr. Mendoza to extend the time to file his opposition to the motion to dismiss, and good cause appearing, grants Mr. Mendoza's request.

Accordingly, IT IS ORDERED that:

Petitioner shall file a response to respondent's motion to dismiss on or before January 5, 2015.

DATED:  12/02/14                  /s/ Gregory G. Hollows
                                  _____
                                  HON. GREGORY G. HOLLOWS
                                  United States Magistrate Judge