1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PEDRO MENDOZA,                              No.  2:98-cv-1857 MCE GGH P

12              Petitioner,

13        v.                                     ORDER TO SHOW CAUSE

14   JEFFREY BEARD,

15              Respondent.

16

17        On March 29, 1999, Ms. Gail R. Weinheimer was appointed by this court to represent

18   petitioner in this matter.  ECF No. 9.  On December 10, 1999, petitioner requested the court stay

19   this proceeding so that he could exhaust newly-identified claims in state court.  ECF No. 21.  On

20   May 8, 2000, the court granted petitioner's request.  ECF No. 29.  Ms. Weinheimer never filed a

21   state exhaustion petition and did not advise petitioner of her failure to file the petition.

22   Declaration of Gail R. Weinheimer, ECF No. 34, ¶ 5.  This case remained stayed from May 8,

23   2000 to November 21, 2014.  ECF Nos. 29, 42.  On October 16, 2014, Ms. Weinheimer requested

24   the court appoint new counsel for petitioner, which the court granted.  ECF Nos. 34, 36.

25        Local Rule 180(e) provides the standards of professional conduct for those practicing in

26   the United States District Court for Eastern District of California.

27   / / /

28   / / /

                                                1

1
2
3
4

> Every member of the Bar of this Court, and any attorney permitted to practice in this Court, . . . shall become familiar with and comply with the standards of professional conduct required of members of the State Bar of California and contained in the State Bar Act, the Rules of Professional Conduct of the State Bar of California, and court decisions applicable thereto, which are hereby adopted as standards of professional conduct in this Court.

5   Pursuant to Local Rule 184, the court may, after reasonable notice and opportunity to show cause

6   to the contrary, take any appropriate disciplinary action against any attorney who engages in

7   conduct that may warrant discipline.

8           Accordingly, IT IS ORDERED that:

9           1.      Within **fourteen** days of this order, Ms. Gail R. Weinheimer shall show cause in

10  writing why she should not be disbarred from practice in the United States District Court for the

11  Eastern District of California for abandonment of a client; and

12          2.      The Clerk of the Court shall serve this order on Ms. Weinheimer at P.O. Box 1078,

13  Woodacre, CA 94973 and at weinheimer@earthlink.net.

14  Dated: April 13, 2015

15                              /s/ Gregory G. Hollows

16                      UNITED STATES MAGISTRATE JUDGE

17

18

19

20  GGH:016/mend1857.osc.disbar

21

22

23

24

25

26

27

28