HEATHER E. WILLIAMS, #122664
Federal Defender
Carolyn M. Wiggin, Bar #182732
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
PEDRO MENDOZA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MENDOZA,<br><br>             Petitioner,<br><br>     v.<br><br>JEFFREY BEARD,<br><br>             Respondent. | No.  2:98-cv-1857  MCE GGH<br><br><br>ORDER |

In light of the fact that the Federal Defender will be involved in the investigation and/or adjudication of attorney conduct in this matter, Assistant Federal Defender CAROLYN M. WIGGIN is permitted to withdraw from this matter and attorney MARK D. EIBERT is appointed pursuant to 18 U.S.C. Section 3006A to represent petitioner Pedro Mendoza.

IT IS SO ORDERED.

DATED: June 18, 2015

/s/ Gregory G. Hollows_____
Hon. GREGORY G. HOLLOWS
U.S. Magistrate Court Judge

/mend1857.sub

1