UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MENDOZA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JEFFREY BEARD,<br><br>　　　　Respondent. | No.  2:98-cv-1857 MCE GGH P<br><br><br>ORDER |

　　　Petitioner, through counsel, has requested an extension of time to file a traverse.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1.  Petitioner's request for an extension of time (ECF No. 60) is granted; and

　　　2.  Petitioner shall file a traverse on or before September 26, 2015.

Dated: August 6, 2015

　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows

　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1