UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MENDOZA,<br><br>         Petitioner,<br><br>    v.<br><br>JEFFREY BEARD,<br><br>         Respondent. | No.  2:98-cv-1857 MCE GGH P<br><br><br><br>ORDER |

On May 29, 2015, this court ordered the Federal Defender to submit a report of the outcome of the CJA Panel investigation in the Weinheimer matter with forty-five days.  The Federal Defender has requested an extension of time to comply with the order.[1]

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Federal Defender's July 10, 2015 request for an extension of time is granted; and

2. The Federal Defender shall submit a report in compliance with this court's May 29, 2015 order, by September 30, 2015.

Dated: August 12, 2015

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/mend1857.111-#49

---

[1]  The request was made by email to the undersigned.