# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MENDOZA, | No. 2:98-cv-1857 MCE GGH P |
| Petitioner, | |
| v. | ORDER |
| JEFFREY BEARD, | |
| Respondent. | |

On May 29, 2015, this court ordered the Federal Defender to submit a report of the outcome of the CJA Panel investigation in the Weinheimer matter. The court has been provided with an oral report by the Federal Defender of the proceedings before the CJA Panel. Therein, it was recommended that Ms. Weinheimer's state bar adjudication stand in place of any disciplinary sanction before the CJA Panel or this court as well. The undersigned has reviewed the state bar adjudication and agrees with the recommendation. Therefore, there will be no further adjudication of the Weinheimer disciplinary matter in this case.

IT IS SO ORDERED.

Dated: November 6, 2015

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/mend1857.rpt